IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.G., a minor, and JOHN GRINOLS (father), | No. C 05-333 SI |
| Plaintiffs, | **ORDER RE: "NOTICE OF PETITION-MOTION FOR DE NOVO REVIEW"** |
| v. | |
| JAMES KLEINBERG, *et al.*, | |
| Defendants. | |

On July 13, 2009, "petitioner-plaintiff" John Grinols filed a "Notice of Petition-Motion for De Novo Review." (Docket No. 45). Mr. Grinols' petition-motion states that he seeks "reunification, full custody, or in the alternative sharing custody of my only child," as well as an order from this Court compelling the State of Alaska to void a criminal judgment entered in Alaska.

This case was dismissed without leave to amend on August 24, 2005.[1] Mr. Grinols appealed the dismissal to the Ninth Circuit Court of Appeals, and that appeal was dismissed in December 2005. <u>This case is closed, and the Court hereby informs Mr. Grinols not to file any further documents in this case.</u>

**IT IS SO ORDERED.**

Dated: July 27, 2009

SUSAN ILLSTON
United States District Judge

---

[1] According to the Report and Recommendation, which was adopted by this Court in its August 24, 2005 order of dismissal, plaintiffs' second amended complaint failed to state a claim because the only claims alleged against Judge Kleinberg appeared to involve actions taken in his capacity as a superior court judge, for which he is immune; the complaint did not offer any factual basis for claims against then-Attorney General Bill Lockyer; and the complaint did not allege sufficient facts to support a claim against any defendant under the Hague Convention on the Civil Aspects of International and Child Abduction.